(87 South. 926)

BLANKS v. MEANS. (2 Div. 200.) (Court of Appeals of Alabama. Nov. 9, 1920.) Appeal from Circuit Court, Choctaw County; Ben D. Turner, Judge. A. A. Evans, of Montgomery, and Neville & Stone, of Meridian, Miss., for appellant. W. J. Dansby, of Butler, and Tilley & Elmore, of Montgomery, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties. See, also, 84 South. 741.

(81 South. 892)

BLOUNT v. JONES. (8 Div. 577.) (Court of Appeals of Alabama. May 20, 1919.) Appeal from Circuit Court, Madison County; R. C. Brickell, Judge. R. E. Smith, of Huntsville, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(87 South. 926)

BOOKER v. STATE. (1 Div. 368.) (Court of Appeals of Alabama. Nov. 16, 1920.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

(87 South. 926)

BROADUS v. STATE. (1 Div. 374.) (Court of Appeals of Alabama. Nov. 16, 1920.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

(87 South. 926)

BROADUS v. STATE. (1 Div. 378.) (Court of Appeals of Alabama. Nov. 16, 1920.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

(84 South. 925)

BROCK v. STATE. (6 Div. 602.) (Court of Appeals of Alabama. Jan. 16, 1920.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Frank S. Andress and Ellis & Mathews, all of Birmingham, for appellant. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed on motion of appellant. See, also, ante, p. 94, 82 South. 633.

(81 South. 893)

BROWN v. STATE. (4 Div. 581.) (Court of Appeals of Alabama. Feb. 4, 1919.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. Emmett S. Thigpen, Atty. Gen., for the State.

BRICKEN, J. Appeal dismissed.

17 ALA.APP.—44

(84 South. 925)

BROWN v. STATE. (1 Div. 382.) (Court of Appeals of Alabama. April 20, 1920.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. J. Q. Smith, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(86 South. 926)

BROWN v. STATE. (7 Div. 624.) (Court of Appeals of Alabama. June 29, 1920.) Appeal from Circuit Court, Calhoun County; H. D. Merrill, Judge. Levi Brown was convicted of assault and battery, and from the judgment he appeals. Affirmed. Willett & Walker, of Anniston, for appellant. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. No exceptions are reserved. There are no refused charges. We find no error in the record, and the judgment is affirmed. Affirmed.

(85 South. 924)

BRULEY v. STATE. (1 Div. 370.) (Court of Appeals of Alabama. April 20, 1920.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Proceeding between Theodore Bruley and the State. From a decision in favor of the State, Bruley appeals. Affirmed. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. This case is submitted upon the record without a bill of exceptions; the certificate of the clerk showing that the time for presenting the bill of exceptions has expired, and that no bill of exceptions has been presented. The record is free of error, and the judgment is affirmed. Affirmed.

(85 South. 924)

BURTON v. STATE. (6 Div. 626.) (Court of Appeals of Alabama. May 12, 1920.) Appeal from Circuit Court, Jefferson County; F. Loyd Tate, Judge. George Burton was convicted of violating the prohibition law, and he appeals. Affirmed. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions, and we find no error in the record. The judgment is affirmed. Affirmed.

(81 South. 893)

BUSH v. WILDER. (6 Div. 540.) (Court of Appeals of Alabama. April 24, 1919.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. George E. Bush, of Birmingham, for appellant. Samuel Wilder and Ivey F. Lewis, both of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution. See, also, 201 Ala. 21, 75 South. 143.